# Exhibit 1

## Work For Hire
## Master Services Agreement

This document dated October 1, 2024 shall confirm the agreement between TOP Gaming Network Ltd. (the "Company") located at Level 3A/4A 240 Msida Road, Gzira, Malta and Double Coconut LLC located at 1583 33rd Ave., San Francisco, CA 94122 USA (hereinafter referred to as "Contractor") pursuant to which Contractor will serve as a contractor to the Company (the "Agreement").

The parties mentioned above will be referred individually to as "Party" and collectively referred to as "Parties".

The terms of this Agreement are as follows:

**Services**

Contractor's initial responsibilities will be according to Exhibit A (the "Initial Responsibilities").

Additional responsibilities must be agreed to, signed, and dated by both Contractor and the Company in additional Statements of Work (each a "Statement of Work" or "SOW"), and shall be subject to the terms and conditions set forth herein, unless an individual Statement of Work expressly and specifically notes that there is a deviation from the terms of this Agreement for the purposes of such Statement of Work.

**Fees**

Fees shall be either based on a daily Time and Materials allocation basis, per the rate sheet indicated in Exhibit A, or shall be based on milestone delivery basis per any future Statements of Work. For Additional Responsibilities or Roles, if any, requested by the Company, fees shall be mutually agreed by the Parties and shall be mentioned in an additional Rate Sheet.

For Time and Materials billing, Contractor will invoice the Company on the first day of every month for hours worked in the previous month, as well as any agreed Reimbursable Expenses.

For Milestone billing, Contractor will invoice the Company upon approval of any milestone as well as any agreed Reimbursable Expenses.

Company will remit payment within 15 business days of receipt of invoice via check or bank wire. Credit card payments are also acceptable but require an additional 3% processing fee. Cryptocurrency payments are available as well upon written approval by both parties. A late fee of 2% per month shall apply and accrue if payment is late.

**Status**

Contractor will serve as an independent contractor to the Company. Contractor, Contractor's employees, subcontractors or subcontractor's employees are not, and shall not be deemed to be, employees of the Company. Neither Contractor nor any of Contractor's employees or subcontractors will represent to any third party that he or she is an officer or employee of the Company, nor shall enter into any agreement involving the Company, incur any obligations on the Company's behalf, or commit the Company in any manner without the Company's prior consent. As an independent contractor, Contractor will be responsible for all withholding taxes, social security, unemployment or disability insurance benefits or similar items, and/or other amounts due arising out of independent contractor and/or consultant status, including any such amounts owed with respect to its employees and subcontractors. In addition, as an independent contractor, neither Contractor nor any of Contractor's employees or subcontractors are eligible for any employee benefit programs from the Company.

The Agreement (including the Statements of Work) shall not be construed as constituting either Party as partner, joint venture or

2

Double Coconut MSA

fiduciary of the other Party or to create any other form of legal association that would impose liability upon one Party for the act or failure to act of the other Party, or as providing either Party with the right, power or authority (express or implied) to create any duty or obligation of the other Party.

## Non-solicitation

From the date of this Agreement until 24 months after the termination of this Agreement (the "**Restricted Period**"), Contractor will not, without the Company's prior written consent, directly or indirectly, solicit or encourage any employee or contractor of the Company or its affiliates to terminate employment with, or cease providing services to, the Company or its affiliates. Additionally, during the Restricted Period, Company will not, without the Contractor's prior written consent, directly or indirectly, solicit or encourage any employee or contractor of the Contractor or its affiliates to terminate employment with, or cease providing services to, the Contractor or its affiliates.

## Term and Termination

Engagement of Contractor's Initial Responsibilities will commence upon the date specific in this Agreement (the "Effective Date"), as identified below.

Responsibilities will continue until this Agreement is terminated by either party.

The Company may terminate this Agreement immediately by written notice for cause for the following circumstances: (i) material breach of this Agreement or any SOW; (ii) violation of any third party intellectual property in the course of performance of services under this Agreement or any SOW  (iii) termination in accordance with the Regulatory Compliance section below, (iv) dishonesty, fraud, misrepresentation, criminal conduct or failure or inability with respect to the entering into and/or the performance of this Agreement; or (v)

3

circumstances causing the Company to believe, in good faith, that Contractor or any of Contractor's owners, directors, employees, or Service Providers has engaged in material illegal conduct or unethical business practices, including any Improper Conduct, or any violations of any applicable laws, including Anti-Corruption Laws, Rules, and Regulations, directly or indirectly, in connection with performance of this Agreement. The Company will not be liable for any claims, losses, or damages arising from or related to failure by Contractor to comply with any applicable laws, including Anti-Corruption Laws, Rules, and Regulations, or this Agreement or related to the termination of this Agreement under this clause, and Contractor will indemnify and hold the Company harmless against any such claims, losses, or damages.

Contractor or the Company may terminate this Agreement for convenience with 30 days notice.

In the event the Company terminates the Agreement for convenience, any earned but unpaid fees up until and including the next 30 days (termination notice period) of pre-agreed fees or expected fees based on work against ongoing milestones shall be due and payable immediately. Contractor shall finalize any work deliveries outlined as part of such fees and deliver said work.

Upon termination or expiration of this Agreement for any reason: (i) Contractor must immediately return any of the Company's marketing materials, equipment and/or Confidential Information;
(ii) Contractor must deliver to the Company, within 10 days of the termination, all Work Product, any work-in-progress and any other materials related to the development and performance of the Services if such Work Product and materials have been paid for.

Termination of this Agreement shall not affect either party's rights or obligations under the Confidentiality Agreement (as defined below).

**Expense Reimbursement**

Double Coconut MSA

The Company shall reimburse Contractor for actual out of pocket expenses reasonably incurred in the performance of Responsibilities, including all travel expenses mutually agreed and approved by the Company in advance ("Reimbursable Expenses"), subject to the Company's prior written consent. Email shall suffice as an approval medium.

## Company Property

Any materials provided to Contractor by the Company is owned solely by the Company (the "Company Property").  The Company will retain all of is right, title and interest in and to any Company Property provided to Contractor pursuant to this Agreement. The Contractor has the right to use the Company Property solely for the purpose of providing services pursuant to this Agreement.

Upon termination of the Agreement, Contractor shall promptly deliver to the Company, and shall retain no copies of, any Company Property coming into possession while providing services to the Company.

## Proprietary Rights

Contractor agrees to disclose and promptly furnish to Company any and all technical information, computer or other specifications, documentation, works of authorship or other creative works, ideas, knowledge, or data, written, oral or otherwise expressed, originated by Contractor or by one or more of the Contractor's affiliates as a result of work performed under or in anticipation of the Agreement ("Work Product"). Company shall own all right, title and interest in and to the Work Product created hereunder, including all Intellectual Property Rights therein. Contractor expressly acknowledges that the Parties have agreed that all aspects of the Work Product and all work in process in connection therewith are to be considered "works made for hire" within the meaning of the United States Copyright Act of 1976, as amended (the "Act"), and that Company is to be the "author"

5

Double Coconut MSA

within the meaning of such Act. All such copyrightable Work Product, as well as all copies of such Work Product in whatever medium fixed or embodied, shall be owned exclusively by Company at its creation, and Contractor hereby expressly disclaims any interest in all copyrightable Work Product. Company hereby grants to Contractor a fully paid-up, non-exclusive license to use, display, copy and make Derivative Works of the Work Product solely for the purpose of providing services to the Company under the Agreement.

**Attribution**

After the final delivery, Contractor may refer to Company as a "client." Upon public release of any works of authorship that Contractor was involved with, Contractor may refer to itself as a "developer" of works on its web site or other marketing material, in the interests of demonstrating a portfolio of previous work.

**Indemnification**

Each party shall indemnify (the "Indemnifying Party") and hold the other party harmless from and against any and all losses, costs, claims, judgments, fines or any other liabilities or expenses (including reasonable attorney's fees) arising as a result of damages occasioned by the Indemnifying Party's negligence or failure to perform its obligations under this Agreement or arising out of any claim, demand, or action that the Indemnifying Party violated the privacy, intellectual property or other proprietary rights of a third party. This provision shall survive the expiration or termination of this Agreement.

**Confidentiality**

Contractor is also subject to and shall abide by the terms and conditions of the below "Non-Disclosure Agreement":

> The Parties shall not disclose Confidential Information to any person or entity except its employees or consultants, or those of

its wholly-owned companies (directly or indirectly), who are required to have the Confidential Information in order to assist it in acting as contemplated by the Agreement, and only to the extent necessary.

Prior to disclosing any Confidential Information to such employees or consultants, the Licensee shall have ensured that they are aware of the provisions of this Agreement and have signed non-disclosure agreements with non-use and non-disclosure terms substantially similar to those contained in this Agreement.

The Parties shall bear full responsibility and liability for the actions of such employees and consultants concerning the Confidential Information, at all times, regardless of termination of any labour, employment or other relationship with any such employees and consultants.

The Parties shall treat the Confidential Information as strictly confidential and with at least the degree of care that it treats similar materials of its own in order to prevent unauthorized disclosure of Confidential Information to others, or a higher standard of care if reasonable under the circumstances.

The Parties shall not use Confidential Information for its own use or for any purpose except as contemplated by the Agreement.

Without derogating from the rights under law or under this Agreement, the Parties shall immediately notify to the other upon discovery of loss or unauthorized disclosure or use of Confidential Information.
The Parties agree that this clause shall survive the termination of this Agreement for a period of one (1) year.

Double Coconut MSA

There is a penalty to be identified based on the prejudice of sharing the information and in any case not less than 50,000 euros for each violation of the clause of this article.

Contractor shall ensure that its partner(s), employee(s), affiliate(s), agent(s), sub-contractor(s), who have access to such Proprietary Information of the confidential nature thereof, shall abide by the obligations under the above-mentioned Non-Disclosure Agreement.

**Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of California without reference to the conflicts of laws and provisions thereof. Each Party shall bring any suit, action or other proceeding with respect to the Agreement in a Federal District Court located in San Francisco County, San Francisco, CA. Contractor consents to the exclusive jurisdiction of any state or federal court empowered to enforce the Agreement located in San Francisco County, San Francisco, CA, and waives any objection thereto on the basis of personal jurisdiction or venue.

**Entire Agreement**

This Agreement and the Confidentiality Agreement represents the entire understanding and agreement of the Parties hereto with regard to the subject matter hereof and may be amended, corrected or modified only by the written agreement signed by both Parties.

**Waiver**

No waiver of any breach of any provision of the Agreement shall constitute a waiver of any prior, concurrent or subsequent breach of the same or any other provisions hereof.

**Severability**

If any provision of the Agreement shall be held to be invalid, illegal or

8

unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby, and such provision shall be deemed to be restated to reflect the Parties' original intentions as nearly as possible in accordance with applicable Law(s).

## Counterparts

This Agreement may be executed in counterparts, each of which shall be considered an original and all of which together shall be considered a single agreement.

## Binding Nature and Assignment

The Agreement will be binding on the Parties and their respective successors and permitted assigns. Neither Party may, or will have the power to, assign the Agreement (or any rights thereunder) by operation of law or otherwise without the prior written consent of the other, except that Company may assign its rights and delegate its duties and obligations under the Agreement as a whole or part of the sale or transfer of all or substantially all of its assets and business, including by merger or consolidation to a Person that assumes and has the ability to perform Company's duties and obligations under the Agreement, without the approval of Contractor. Any attempted assignment that does not comply with the terms of this section shall be null and void.

## Notices

Whenever one Party is required or permitted to give notice to the other Party under the Agreement, such notice will be in writing unless otherwise specifically provided herein. Notifications will be addressed as follows:

Double Coconut LLC

1583 33rd Ave.

Double Coconut MSA

San Francisco, CA 94122

United States

and

TOP Gaming Network Ltd

Level 3A/4A 240 Msida Road

Gzira, Malta

Agreed and accepted:


CONTRACTOR


_____

David Fox, CEO


Oct 10, 2024
_____

Date


COMPANY

_____

Davide Valiante, CTO

Oct 10, 2024
_____

Date

**Exhibit A**

**Statement of Work #1**

**Cha Cha Bomb** is a fruit-style themed slot game for the Italian market, themed for Cuban dance with a special scatter free spin feature, a wild bomb symbol that becomes a "sticky symbol", and the ability for players to choose their own sticky symbol. There is also a progress meter leading to the bonus wild.



An additional special feature of the game is the ability to provide a really smooth user experience where the player can skip or fast-forward everything and immediately experience the next spin.

The game will also have a special "QA Panel" so all features can be tested easily:

Double Coconut MSA



**Double Coconut** is the ideal team to partner with, with our experience of casino games (real money as well as social) and deep skill at web / HTML5 gaming. We can help work collaboratively and deliver a truly quality experience for not just the first game, but hopefully many games to come.

Project Summary
    Game Details
Production Plan
    Pre-Production
    Production Plan
    QA Testing and Project Management
    Team
Schedule and Costs
    Assumptions
About Double Coconut

## Game Details

The client has provided an initial GDD for the game (**Cha Cha Bomb.doc**).

Double Coconut will work with the client and provide all UI, symbol art, animations, music, and sound effects – culminating in a quality front-end game. The client will provide the back end API with calls for getting the final reel stops / final win results.

 This proposal is based these key assets:

Double Coconut MSA

- Background illustration
- UI art
    - Main slot frame (default)
    - Progress meter.
    - Special slot frame (bonus mode)
    - Info pop up UI
    - Settings UI
    - Bonus UI
    - Slot status + spin UI
    - Home, settings, help icons
    - Main background
    - Bonus mode background
    - Auto-spin display UI
    - Total win display
    - Free spins UI
    - Paylines UI
- 12 symbols
    - 5 reels by 3 rows; 15 paylines
- Logo

All animations will also be delivered for all relevant symbols and jackpots / big wins. They include:

- Idle anims in the background
- Bonus background - more exciting
- Symbol appearance
- Total Win display animation
- Special column symbol appearance
- Bomb exploding
- X-amount free games won pop up + start button
- All symbol win versions (special and major ones are more animated)

# Production Plan

## Pre-Production

We believe that a bit of time spent planning will save a lot of time and budget later. Double Coconut shall work with the Client for the first two weeks of the project to deliver some key documentation:

- Final **Game Design Document (GDD)** with details about:

Double Coconut MSA

- o  Final feature set in clear detail
- o  Exact and final UI / wireframes for each screen
- o  Full asset list for music, SFX, VDX, game sprites, UI, and animations.
- o  All back-end analytics and data outlined
- o  All QA modes / special features

- **Creative Design Document (CDD)**

  - o  Key art - mockups of main screen with a detailed design of main interface art and key symbols
  - o  Example video reference from other slots games of the quality of animation we want to achieve.
  - o  Clear mood board for logos, etc. for clear understanding of aesthetics, fonts, button and popup styles, etc.

- All documents drafted by Double Coconut and approved by Company

Some specific questions we will solve together during pre-production:

- The final look and feel, as well as thematic elements applied to music, sound, visual effects, etc.
- Analytics requirements.
- Load time requirements.
- Generally, how to minimize load time on the web while keeping quality high.
- Optimizing the flow and UX to achieve the main goals.

## Production Plan

Actual production will focus on three key milestones:

**Alpha**

- Main game working
- All screens and flows working - including bonus modes, free spin general math, etc.
- Basic "QA MODE" so we can test various types of results.
- Final static art for ALL screens / popups looking good for characters and UI

**Beta**

- Results of each spin properly coming from server / API
- All final animations
- Full QA panel to test every possible outcome and edge case
- All modes fully working with character animations looking solid
- Visual effects, music, SFX, and polish smoothed out and added generously and properly synched

**Release**

- Fully tested on all device types / browser types
- Any smaller bugs fixed as desired
- All timings tightened
- Code optimized for load time
- Ready to be distributed via a production environment

## QA Testing and Project Management

Double Coconut will NOT provide an in-house QA analyst. If one is desired, we can provide this resource.

We will work through a process to deliver regular builds playable online and quickly respond to issues, using a project management tool such as Jira or Trello, or any other tool desired.

## Team

The team for pre-production would include:

- **Client Partner -** Part Time

  - o Will collaborate on design and product management.
  - o High level communication.
  - o Surface any questions or issues as early as possible.
  - o Handle any business concerns or trade-offs that arise.

- **Art Director**

Double Coconut MSA

16

- o Create the mood board to define the look and feel of the game.
- o Create concept art.
- o Finalize the asset list and UI plan.
- o Direct art team and ensure consistency and quality.

- **Project Manager - Part Time**

  - o Will lead sprints.
  - o Will organize all tasks and keep the schedule on track.

The team for full production will also include:

- **Senior HTML5 Engineer -** Full Time

  - o Will create the core gameplay and make it awesome.
  - o Will ensure all tools and assets are functioning as intended.
  - o Will optimize all assets to ensure a smooth experience.
  - o Will hook up the API / SDK securely.

- **UI / Symbol Artist**

  - o Work with the art director and lead engineer to create the assets needed for the players to interact with the game.
  - o Create the game elements for the user interface.
  - o Revise and update art as required.

- **Animator**

  - o Create the symbol and other key animations
  - o Work with engineering on visual effects, particles, and UI motion for dynamic feedback for all moments of the experience.

- **Audio** resources may also be required if we want to compose custom music.

# Schedule and Costs

The "full work for hire" costs are outlined as below.

**NOTE**: This timeline and cost structure will be "right sized" during pre-production based on final decisions in terms of project scope and full requirements. Further, the pre-production period may take less time if we come to quick consensus on design direction or more time if Client wishes to iterate more deeply or often. Any changes to cost or schedule will *always* be discussed and approved by all parties before proceeding.

| Milestone Phase | Delivery Date | Cost |
|---|---|---|
| Kick Off | Upon Signing Agreement | $10,000 *Advance Fee* |
| Pre-Production | 2 Weeks After Kick Off | $5,560<br><br>(covered by Advance Fee) |
| Alpha | 1 Month after Kick Off | $18,200<br><br>(Partially Covered by Advance Fee) |
| Beta | 1 Month after Alpha | $15,600 to $24,00<br><br>[Dependant on Quality Level] |
| Release / MVP | 1 to 5 Weeks After Beta<br><br>[Dependant on Polish Level; Optimization Level and Final Release Details]<br><br>Both parties shall agree ahead of time each week on how many weeks of final polish are desired and priority of tasks / bugs. | ~$1,350 / week for engineering<br><br>~$1,000 / week for additional art |

## Assumptions

- Full work for hire with IP owned by Client.
- **Localization** - The costs above assume English and Italian only. Italian text to be provided by the client.

18

Double Coconut MSA

- Mature of fully working / well-documented API provided by the start of the development period.
- Actual deployment of the final game to be done by the client.
- All other third-party services such as analytics, ads, etc. to be set up and handled by the client and implemented by Double Coconut.

Double Coconut MSA