Damian D. Capozzola (SBN 186412)
THE LAW OFFICES OF DAMIAN D. CAPOZZOLA
633 W. Fifth Street, 26th Floor
Los Angeles, California 90071
Phone: (213) 533-4112
Facsimile: (213) 223-2014
ddc@ddclaw.com

Attorneys for Plaintiff
TOP GAMING NETWORK LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOP GAMING NETWORK LTD., a Maltese Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DOUBLE COCONUT LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:25-cv-10509 <br><br> **PLAINTIFF TOP GAMING NETWORK LTD.'S CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP AND DISCLOSURE STATEMENT [Civil L.R. 3-15; Fed. R. Civ. P. 7.1]** |

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Top Gaming Network Ltd. ("Plaintiff" or "Top Gaming") makes the following disclosures pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Entity | Citizenship of Entity |
|---|---|
| Top Gaming Network Ltd. | Republic of Malta |

Furthermore, Top Gaming Network Ltd. is owned by two individuals, Karlo Carini (Italian citizen resident in Malta) and Carmine Jason Mastronardi (Canadian citizen resident in Malta). Mr. Carini and Mr. Mastronardi each own over ten percent of Top Gaming Network Ltd. and together they own one hundred percent of Top Gaming Network Ltd.

Dated: December 8, 2025

_____
Damian D. Capozzola

The Law Offices of Damian D. Capozzola
Attorney for Plaintiff TOP GAMING NETWORK LTD.