Damian D. Capozzola (SBN 186412)
THE LAW OFFICES OF DAMIAN D. CAPOZZOLA
633 W. Fifth Street, 26th Floor
Los Angeles, California 90071
Phone: (213) 533-4112
Facsimile: (213) 223-2014
ddc@ddclaw.com

Attorneys for Plaintiff
TOP GAMING NETWORK LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOP GAMING NETWORK LTD., a Maltese Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE COCONUT LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:25-cv-10509-HSG<br><br>**ORDER ON STIPULATED REQUEST FOR AN EXTENSION OF DEADLINES UNDER L.R. 6-2**<br><br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 8, 2025 |

Pursuant to Docket Nos. 26, 29, 30, 31 and 34, the parties in this matter have filed their THIRD JOINT STATUS report explaining the outcome of mediation and jointly requesting an extension of the stay in this case that is currently set to expire on July 16, 2026 to allow the parties to work diligently towards resolving the case and try to finalize the terms of their settlement.

Based upon that submission and for good cause otherwise appearing, the Court extends the current stay from July 16, 2026 to September 18, 2026, and the Court extends any and all pending case management deadlines accordingly. The parties shall file a Fourth Joint Status report to the Court no later than September 16, 2026, if the matter is not by that time settled and dismissed.

IT IS SO ORDERED:

Dated: 7/15/2026

Haywood S. Gilliam, Jr.
United States District Court Judge